Filed: August 24, 1998

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

---

No. 98-1385
(CA-97-3986-6-13AK)

---

Donald J. Strable,

Plaintiff - Appellant,

versus

Charles B. Simmons, Jr., etc.,

Defendant - Appellee.

---

O R D E R

---

The court amends its opinion filed August 5, 1998, as follows:

On page 2, line 1 of text: "Charles B. Simmons, Jr., appeals ...." is corrected to read "Donald J. Strable appeals ...."

On page 2, line 7 of text -- "We deny Simmons' motion ...." is corrected to read "We deny Strable's motion ...."

For the Court - By Direction

/s/ Patricia S. Connor
Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-1385

DONALD J. STRABLE,

Plaintiff - Appellant,

versus

CHARLES B. SIMMONS, JR., Judge, Master-in-
Equity,

Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CA-97-3986-6-13AK)

Submitted:  July 22, 1998          Decided:  August 5, 1998

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald J. Strable, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donald J. Strable appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Strable v. Simmons</u>, No. CA-97-3986-6-13AK (D.S.C. Feb. 13, 1998). We deny Strable's motion for sanctions and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3